UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE CHUNG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTELLECTSOFT GROUP CORPORATION, <br><br> Defendant. | Case No. 21-cv-03074-JST <br><br> **REFERRAL TO EARLY NEUTRAL EVALUATION** |

As determined at the October 5, 2021 case management conference, the Court refers this case to the Northern District of California Early Neutral Evaluation program. *See* ADR L.R. 5. The parties shall complete ENE by April 22, 2022.

**IT IS SO ORDERED.**

Dated: October 6, 2021



JON S. TIGAR
United States District Judge